IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GARY WADDELL,

Plaintiff,

v.                                                          Case No. 19-cv-346 JPG/MAB

STATE COLLECTION SERVICE, INC.,

Defendant.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been

settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice

and without costs.


**Dated: November 13, 2019**          **MARGARET M. ROBERTIE, Clerk of Court**

                                                          **s/Tina Gray**
                                                           **Deputy Clerk**



**Approved:**    *s/J. Phil Gilbert*
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**